People ex rel. Pratt v Capra (2025 NY Slip Op 00972)

People ex rel. Pratt v Capra

2025 NY Slip Op 00972

Decided on February 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
VALERIE BRATHWAITE NELSON
BARRY E. WARHIT
JAMES P. MCCORMACK, JJ.

2024-10888
 (Index No. 273/21)

[*1]The People of the State of New York, ex rel. Maurice Pratt, appellant,
v
Michael Capra, respondent.

Maurice Pratt, Dannemora, NY, appellant pro se.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from an order of the Supreme Court, Westchester County (Susan Cacace, J.), dated June 29, 2021.
ORDERED that the application is denied.
The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
GENOVESI, J.P., BRATHWAITE NELSON, WARHIT and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court